STATE of Missouri, Respondent,

v.

Horace Cortez JOHNSON, Appellant.

No. WD 72096.

Missouri Court of Appeals,
Western District.

Sept. 13, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 1, 2011.

S. Kate Webber, Kansas City, MO, for Appellant.

James B. Farnsworth, Jefferson City, MO, for Respondent.

Before Joseph M. Ellis, P.J., Victor C. Howard, and Thomas H. Newton, JJ.

## ORDER

PER CURIAM:

Mr. Horace Johnson appeals his conviction after a jury found him guilty of second-degree murder, section 565.021. He contends the trial court erred in admitting evidence of statements he made to investigating detectives.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

Vincent CAVALLARO, Appellant,

v.

Larry DENNEY, Warden CRCC and
Missouri Board of Probation and
Parole, Respondents.

No. WD 73126.

Missouri Court of Appeals,
Western District.

Sept. 13, 2011.

Application for Transfer to Supreme Court
Denied Nov. 11, 2011.

Jason R. Henry, West Plains, MO, for Appellant.

Michael J. Spillane, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., CYNTHIA L. MARTIN, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Vincent Cavallaro appeals the trial court's summary judgment in favor of the Missouri Board of Probation and Parole, denying his claim that he was entitled to parole or conditional release from prison.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).